

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN THE INTEREST OF G. M., A CHILD, | § | No. 08-22-00030-CV |
| Appellant. | § | Appeal from the |
|  | § | 65th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2021DCM0493) |
|  | § |  |

**O RDER**

The Court GRANTS the Appellee's first motion for extension of time within which to file the brief until **June 7, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eric Tai, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before June 7, 2022.

IT IS SO ORDERED this 17th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.